United States District Court
Southern District of Texas
**ENTERED**
April 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, § § Plaintiff, § § VS. § HOANG TRAN CORPORATION, § § Defendant. § | CIVIL ACTION NO. 4:24-CV-01887 |

## ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. No. 19).

Accordingly, it is Ordered that this case is dismissed with prejudice.

SIGNED on April 17, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge